TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00716-CV

Dwight G. Harden, Appellant

v.

Melinda Bozarth, Division Director of the Texas Department of Criminal Justice-

Pardons and Paroles Division; Irma Cauley; James A. Collins; Bennie Elmore;

John Escobedo; Gerald L. Garrett; Donna Gilbert; Mae Johnson Jackson;

Daniel Ray Lang; Mary Leal; Winona Miles, Thomas W. Moss; Paul Prejean;

Gilbert Rodriguez; Victor Rodriguez, Chairman, Board of Pardons and Paroles;

Brendolyn Rogers-Gardner; Albert G. Sanchez; Terry B. Schnorrenberg;

Cynthia S. Tauss; and W. G. "Billy" Walker; Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 95-06452, HONORABLE JERRY DELLANA, JUDGE PRESIDING 

PER CURIAM

 Dwight G. Harden filed a transcript in this appeal without a statement of facts on

 December 27, 1996. His brief was due January 27, 1997. See Tex. R. App. P. 74(k). He has filed no
brief or motion for extension of time to file a brief. Failure to file a brief timely without a reasonable
explanation is grounds for dismissal for want of prosecution. Tex. R. App. P. 74(l)(1). On April 23, 1997,
this Court's clerk sent a notice to Harden's last known address warning that this failure to file a brief could
result in dismissal of the appeal. The notice was returned stamped "moved left no address." Harden has
provided no explanation for his failure to file a brief.

 We dismiss for want of prosecution.

Before Justices Powers, Jones and Kidd

Dismissed for Want of Prosecution

Filed: May 15, 1997

Do Not Publish